IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08mj013-SRW |
| | ) | |
| TAWAINE MCCULLOUGH | ) | |

**<u>ORDER ON MOTION</u>**

On March 3, 2008, the Magistrate Judge held a preliminary hearing in the above-styled case. Based on the evidence adduced at the hearing, the Magistrate Judge concludes that there is probable cause to believe that the defendant committed the offense charged in the complaint. Therefore, the defendant is bound over to the grand jury for further proceedings.

Defendant in this case waived a detention hearing in open court on March 3, 2008. Accordingly, and for good cause stated in the pretrial services report and the motion for detention hearing (Doc. # 3) filed February 25, 2008, it is

ORDERED that the motion is GRANTED to the extent that it seeks detention of the defendant. It is further

ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of

an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE, this 3rd day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE