IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:08cr58-MHT |
| | ) | |
| TAWAINE MCCULLOUGH | ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for MARCH 26, 2008 in the above-styled case.

You are DIRECTED to produce the following named prisoner: TAWAINE MCCULLOUGH before the United States District Court at 4A Courtroom, on the 26TH day of MARCH, 2008, at 10:30 A.M..

DONE, this the 18TH day of MARCH, 2008.

TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

By: *[signature]*
Deputy Clerk