IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | }<br>}<br>} |
| v. | } Case No. 2:08-cr-0058-MHT<br>} |
| TAWAINE MCCULLOUGH,<br>    Defendant. | }<br>} |

## NOTICE OF APPEARANCE

COMES NOW, Michael L. Kidd, and hereby gives Notice of Appearance as counsel representing TAWAINE MCCULLOUGH in the above styled cause.

Respectfully submitted on this the 26$^h$ day of March, 2008.

S/ Michael L. Kidd
**MICHAEL L. KIDD (KID001)**
Attorney for the Defendant
22 Scott Street
Montgomery, AL  36104
Telephone:    (334) 834.5433
Facsimile:     (334) 265.1926
uakidd@netzero.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Tommie Hardwick
Assistant United States Attorney
Post Office Box 197
Montgomery, AL  36101

s/ Michael L. Kidd
**of COUNSEL**