IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:08-CR-0058-MHT |
| | ) | |
| TAWAINE MCCULLOUGH | ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** undersigned counsel and moves to withdraw as counsel for Tawaine McCullough. In support of this motion, undersigned counsel states:

1. On February 25, 2008, undersigned counsel was appointed to represent Mr. McCullough.

2. On March 26, 2008, Attorney Michael Lee Kidd noticed his appearance on behalf of Mr. McCullough. (Doc #14).

3. On March 26, 2008, an arraignment hearing was held and attorney Michael Lee Kidd appeared on behalf of Mr. McCullough and stated in open court and on the record that he would be representing Mr. McCullough from this date forward.

**WHEREFORE**, for the reasons set forth above, undersigned counsel respectfully requests the court relieve Michael J. Petersen as counsel for Mr. McCullough.

Dated this 26th day of March, 2008.

Respectfully submitted,

s/ Michael J. Petersen
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407

Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:08-CR-0058-MHT |
| | ) | |
| TAWAINE MCCULLOUGH | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Shepherd, Esq., Assistant U.S. Attorney, 131 Clayton Street, Montgomery, AL 36101.

Respectfully submitted,

s/ Michael J. Petersen
**MICHAEL J. PETERSEN**
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M