IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:08-CR-0058-MHT |
| | ) | |
| TAWAINE MCCULLOUGH | ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** undersigned counsel and moves to withdraw as counsel for Tawaine McCullough. In support of this motion, undersigned counsel states:

1. On February 25, 2008, undersigned counsel was appointed to represent Mr. McCullough.

2. On March 26, 2008, Attorney Michael Lee Kidd noticed his appearance on behalf of Mr. McCullough. (Doc #14).

3. On March 26, 2008, an arraignment hearing was held and attorney Michael Lee Kidd appeared on behalf of Mr. McCullough and stated in open court and on the record that he would be representing Mr. McCullough from this date forward.

**WHEREFORE**, for the reasons set forth above, undersigned counsel respectfully requests the court relieve Michael J. Petersen as counsel for Mr. McCullough.

Dated this 26th day of March, 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407

**MOTION GRANTED**

THIS 26th DAY OF March, 2008

UNITED STATES MAGISTRATE JUDGE