IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       } | |
|     Plaintiff,       } | |
|                     } | |
| v.       } | Case No. 2:08-cr-0058-MHT |
|                     } | |
| TAWAINE MCCULLOUGH,       } | |
|     Defendant.       } | |

## MOTION TO CONTINUE

COMES NOW, Michael L. Kidd, and hereby respectfully request that the above cause of action be continued until the next term of court. In support of said motion the defendant would offer the following:

1. Said defendant would like to cooperate with the government with regards to the investigation of several unsolved crimes within the City of Montgomery.

2. As of the filing of this motion, the defendant has not been able to reach an agreement with the government as to the terms of the defendant's cooperation.

3. Counsel for the defendant has spoken directly with the government and the government has no objection to the trial being continued until the next available trial term and the government would join undersigned counsel in saying that the interest of justice would best be served through a continuance in the above cause.

Respectfully submitted on this the 14th day of April, 2008.

S/ Michael L. Kidd
**MICHAEL L. KIDD (KID001)**
Attorney for the Defendant
22 Scott Street
Montgomery, AL  36104
Telephone:    (334) 834.5433
Facsimile:    (334) 265.1926
uakidd@netzero.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008 I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew Shepherd
Assistant United States Attorney
Post Office Box 197
Montgomery, AL  36101

s/ Michael L. Kidd
**of COUNSEL**