IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:08cr58-MHT |
| TAWAINE McCULLOUGH | ) | (WO) |

OPINION AND ORDER

This cause is before the court on defendant Tawaine McCullough's unopposed motion to continue. For the reasons set forth below, the court finds that jury selection and trial, now set for June 23, 2008, should be continued pursuant to 18 U.S.C. § 3161(h)(8).

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or

>     indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

Id. § 3161(c)(1).  The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."  Id. § 3161(h)(8)(A).  In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would deny counsel for the defendant ... reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  Id. § 3161(h)(8)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and McCullough in a speedy trial. McCullough has expressed a desire to cooperate with the

government in its investigation of several unsolved crimes in Montgomery, Alabama, but additional time is needed to come to an agreement on the terms of his cooperation.

Accordingly, it is ORDERED as follows:

(1) Defendant Tawaine McCullough's unopposed motion for continuance (doc. no. 20) is granted.

(2) The jury selection and trial, now set for June 23, 2008, are reset for September 22, 2008, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 15th day of April, 2008.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE