IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                ) | CR. NO. 2:08cr58-MHT |
| ) | |
| TAWAINE MCCULLOUGH ) | |

ORDER ON MOTION

Upon consideration of the Government's Motion for Release of Prisoner (Doc. #24), filed on June 18, 2008, and for good cause, it is

ORDERED that the Motion (Doc. #24) is GRANTED. It is further

ORDERED that the United States Marshals Service shall release custody of Tawaine McCullough, from June 19, 2008, through September 19, 2008, so that Theron Jackson, ATF, and/or Robert Green, Montgomery Police Department, and/or Tim Fitzpatrick, ATF, and/or Jennifer Rudden, ATF, and/or Mike Myrick, Montgomery Police Department, can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Theron Jackson, ATF, and/or Robert Green, Montgomery Police Department, and/or Tim Fitzpatrick, ATF, and/or Jennifer Rudden, ATF, and/or Mike Myrick, Montgomery Police Department, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this 19th day of June, 2008.

                                        /s/ Wallace Capel, Jr.
                                        WALLACE CAPEL, JR.
                                        UNITED STATES MAGISTRATE JUDGE