```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

**UNITED STATES OF AMERICA** )
)
    **v.** )    CASE NO. 2:08cr58-MHT
)
**TAWAINE MCCULLOUGH** )

## O R D E R

Upon consideration of the Motion to Strike Forfeiture Allegation (doc. no. 26) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be granted. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the Motion is granted and the forfeiture allegation is stricken.

DONE, this the 8th day of July, 2008.

                                               /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE