AO 245D  (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| TAWAINE MCCULLOUGH | Case No.   2:08cr58-01-MHT   (WO) |
| | USM No.   12414-002 |
| | Donnie W. Bethel |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____

X was found in violation of condition(s) count(s) __1-7 of the amended petition__ filed 4/3/14

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime. | 11/27/2012 |
| 2 | The defendant committed another federal, state, or local crime. | 11/27/2012 |
| 3 | The defendant committed another federal, state, or local crime. | 11/27/2012 |
| 4 | The defendant committed another federal, state, or local crime. | 11/27/2012 |
| 5 | The defendant committed another federal, state, or local crime. | 11/27/2012 |
| 6 | The defendant committed another federal, state, or local crime. | 11/27/2012 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   9240

Defendant's Year of Birth:   1982

City and State of Defendant's Residence:
Montgomery, AL

April 10, 2014
Date of Imposition of Judgment

_Signature of Judge_

Myron H. Thompson, U.S. District Judge
Name and Title of Judge

April 15, 2015
Date

AO 245D    (Rev 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT:      TAWAINE MCCULLOUGH
CASE NUMBER:    2:08cr58-01-MHT

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 7 | The defendant came to Montgomery County without the approval of his probation officer for other reasons than to work, visit his children, meet with his probation officer or any other appropriate reason approved by the probation officer. | 11/27/2012 |

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT:      TAWAINE MCCULLOUGH
CASE NUMBER:    2:08cr58-01-MHT

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

   24 Months. This sentence shall run concurrently with the sentence that the defendant is currently serving in Case Number CC 2013-383 of the Montgomery County Circuit Court.

☐   The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐   at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐   before 2 p.m. on _____ .
    ☐   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

   Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL